UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Pablo Hernando,** | : |
| Plaintiff, | : Civil Action No.: |
| v. | : |
| **Northland Investment Corporation,** | : June 18, 2013 |
| Defendant. | : |

## NOTICE OF REMOVAL

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Northland Investment Corporation ("Defendant") files this Notice of Removal in accordance with 28 U.S.C. §§ 1331, 1332(a), 1441 and 1446 and hereby removes this action from the State of Connecticut Superior Court, Judicial District of Tolland at Rockville to the United States District Court for the District of Connecticut. As its reasons for removal, Defendant states:

1.   By Summons and Complaint, Plaintiff Pablo Hernando ("Plaintiff") commenced a civil action against Defendant in Connecticut Superior Court titled *Pablo Hernando v. Northland Investment Corporation,* Docket No. TTD-CV13-6006786-S (the "Superior Court Action"). A true and correct copy of the Summons and Complaint served by Plaintiff on Defendant is attached hereto as Exhibit A and constitutes all processes, pleadings and orders served upon Defendant in this action to the present date. 28 U.S.C. § 1446(a).

2.   Defendant was served with the summons and complaint in the Superior Court Action on or about June 5, 2013. The instant Notice of Removal is being filed within 30 days of the date on which Defendant was served with a copy of the Complaint in the Superior Court Action. 28 U.S.C. § 1446(b).

3. The Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because of the existence of a federal question in that Plaintiff has alleged a violation of the Fair Labor Standards Act, 29 U.S.C. § 201, et seq.

4. This Court also has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and, upon information and belief, the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5. The Summons and Complaint indicate that Plaintiff is, and was at all times relevant to this removal, a citizen of the State of Connecticut.

6. Defendant is a corporation organized and existing under the laws of the Commonwealth of Massachusetts with a principal place of business in Massachusetts.

7. Because the requirements for federal question and diversity jurisdiction are satisfied, this Court has jurisdiction over all claims and parties pursuant to 28 U.S.C. §§ 1331 and 1332(a). The Complaint is properly removed pursuant to 28 U.S.C. §§ 1441 and 1446.

8. This Notice of Removal is being filed in the District of Connecticut, the District Court of the United States for the district and division within which the Superior Court Action is pending. 28 U.S.C. §§ 1441(a) and 1446(a).

9. Attached hereto as Exhibit B is a copy of the Notice to Superior Court of Filing of Notice of Removal, the original of which is being filed with the Superior Court, Judicial District of Tolland. 28 U.S.C. § 1446(d).

3.

WHEREFORE, Defendant respectfully requests that this Action be removed and hereinafter proceed in the United States District Court for the District of Connecticut.

Respectfully submitted,

**NORTHLAND INVESTMENT CORPORATION**

/s/ Matthew K. Curtin
Patricia E. Reilly (CT08352)
preilly@littler.com
Matthew K. Curtin (CT27765)
mcurtin@littler.com
LITTLER MENDELSON, P.C.
265 Church Street, Suite 300
New Haven, CT  06510
Telephone: 203.974.8700
Facsimile: 203.974.8799
Defendant's Attorney

# Exhibit A

**SUMMONS - CIVIL**
JD-CV-1   Rev. 2-13
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See page 2 for instructions

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 69 Brooklyn Street, Rockville, CT 06066 | (860) 896-4920 | July 16, 2013 |

| ☒ Judicial District   ☐ Housing Session | G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) Tolland | Case type code (See list on page 2) Major: M  Minor: 90 |
|---|---|---|---|

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Beck & Eldergill, P.C., 447 Center Street, Manchester, CT 06040 | 02702 |

| Telephone number (with area code) | Signature of Plaintiff (if self-represented) |
|---|---|
| (860) 646-5606 | |

Number of Plaintiffs: 1   Number of Defendants: 1   ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Hernando, Pablo  Address: 88 Frances Drive, Manchester, CT 06040 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: Northland Investment Corporation, 2150 Washington Street, Newton, MA 02462  Address: Agent for Service: Corporation Service Company, 50 Weston Street, Hartford, CT 06120-1537 | D-01 |
| Additional Defendant | Name:  Address: | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

**Notice to Each Defendant**

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Name of Person Signing at Left  Marc P. Mercier | Date signed 6/5/2013 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

ATTEST A TRUE COPY
ADAM GLASSMAN
CT STATE MARSHAL
HARTFORD COUNTY

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date 6/5/2013 |
|---|---|---|

| Name and address of person recognized to prosecute in the amount of $250 Donna Camera, 447 Center Street, Manchester, CT 06040 | | | |
|---|---|---|---|
| Signed (Official taking recognizance, "X" proper box) | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Date 6/5/2013 | Docket Number |

(Page 1 of 2)

| | |
|---|---|
| RETURN DATE: JULY 16, 2013 | : SUPERIOR COURT |
| PABLO E. HERNANDO | : J.D. OF TOLLAND |
| VS. | : AT ROCKVILLE |
| NORTHLAND INVESTMENT CORPORATION | : JUNE 5, 2013 |

## COMPLAINT

**FIRST COUNT** - Claim For Wages Pursuant To Conn. Gen. Stat. Section 31-68

1. The Plaintiff Pablo Hernando is a resident of Manchester, Connecticut.

2. The Defendant Northland Investment Corporation ("Northland") is a corporation engaged in business within the State of Connecticut.

3. At all times relevant to this action, the Defendant Northland owned and operated an apartment complex called "the Pavilions" at 345 Buckland Hills Drive, Manchester, Connecticut with annual gross volume of sales in excess of $500,000.

4. From on or about October, 2002 to on or about May 4, 2012, the Plaintiff Pablo Hernando was employed by the Defendant Northland in the position of Lead Technician/Maintenance Supervisor at the Pavilions.

5. From on or about January, 2010 to on or about May 4, 2012, the Defendant Northland failed to pay to the Plaintiff Pablo Hernando wages, including overtime wages, to which the Plaintiff was entitled as an employee of the Defendant Northland, in violation of Conn. Gen. Stat. Section 31-68.

6. As a further result of the actions of the Defendant, the Plaintiff has incurred

and will continue to incur attorneys' fees and costs in pursuing this action.

7.  The actions of the Defendant were taken in bad faith, arbitrarily and/or unreasonably.

8.  The Defendant is also liable to the Plaintiff for double damages under Conn. Gen. Stat. Section 31-68.

**SECOND COUNT - Claim For Wages Pursuant To Conn. Gen. Stat. Section 31-72**

1. - 4.  Paragraphs 1 through 4 of the First Count are hereby made Paragraphs 1 through 4 of this Second Count as if set forth more fully herein.

5.  From on or about January, 2010 to on or about May 4, 2012, the Defendant Northland failed to pay to the Plaintiff Pablo Hernando wages, including overtime wages, to which the Plaintiff was entitled as an employee of the Defendant Northland, in violation of Conn. Gen. Stat. Section 31-72.

6.  As a further result of the actions of the Defendant, the Plaintiff has incurred and will continue to incur attorneys' fees and costs in pursuing this action.

7.  The actions of the Defendant were taken in bad faith, arbitrarily and/or unreasonably.

8.  The Defendant is also liable to the Plaintiff for double damages under Conn. Gen. Stat. Section 31-72.

2

**THIRD COUNT** - Claim for Wages Pursuant to 29 U.S.C. Section 201, *et seq.* (Fair Labor Standards Act)

1. - 4.  Paragraphs 1 through 4 of the First Count are hereby made Paragraphs 1 through 4 of this Third Count as if set forth more fully herein.

5. From on or about January, 2010 to on or about May 4, 2012, the Defendant Northland failed to pay to the Plaintiff Pablo Hernando wages, including overtime wages, to which the Plaintiff was entitled as an employee of the Defendant Northland, in violation of 29 U.S.C. Section 201, *et seq.*

6. The actions of the Defendant were wilful.

7. As a result of the Defendant's conduct, the Plaintiff has suffered and will continue to suffer damages, including loss of wages with related fringe benefits.

8. As a further result of the actions of the Defendant, the Plaintiff has incurred and will continue to incur attorneys' fees and costs in pursuing this action.

9. Defendant is also liable to the Plaintiff for liquidated damages, including but not limited to double damages and attorneys' fees under 29 U.S.C. Section 216.

WHEREFORE, the Plaintiff demands monetary damages.

PLAINTIFF,

By: _____
Marc P. Mercier
For Beck & Eldergill, P.C.

ATTEST: A TRUE COPY
ABRAHAM GLASSMAN
CT. STATE MARSHAL
HARTFORD COUNTY

3

| | | |
|---|---|---|
| RETURN DATE: JULY 16, 2013 | : | SUPERIOR COURT |
| PABLO E. HERNANDO | : | J.D. OF TOLLAND |
| VS. | : | AT ROCKVILLE |
| NORTHLAND INVESTMENT CORPORATION | : | JUNE 5, 2013 |

## STATEMENT OF AMOUNT IN DEMAND

Plaintiff demands:

1. Monetary damages in an amount:

    ( ) less than $2,500.00;

    ( ) $2,500 or more, but less than $15,000.00;

    (X) $15,000.00 or more exclusive of interest and costs;

2. Double damages pursuant to Conn. Gen. Stat. Sections 31-68 and 31-72;

3. Attorneys' fees and costs pursuant to Conn. Gen. Stat. Sections 31-68 and 31-72;

4. Liquidated and double damages pursuant to 29 U.S.C. Section 216;

5. Attorneys' fees and costs pursuant to 29 U.S.C. Section 216; and

6. Such other relief as this Court deems just and proper.

PLAINTIFF,

By: _____

Marc P. Mercier
For Beck & Eldergill, P.C.

1

ATTEST, A TRUE COPY

ABRAHAM GLASSMAN
CT. STATE MARSHAL
HARTFORD COUNTY

LAW OFFICES
BECK AND ELDERGILL, P.C.
447 CENTER STREET • MANCHESTER, CT 06040 • (860)646-5606 • JURIS No. 02702

# Exhibit B

| | | |
|---|---|---|
| DOCKET NO. TTD-CV13-6006786-S | : | JUDICIAL DISTRICT |
| PABLO HERNANDO | : | OF TOLLAND |
| v. | : | AT ROCKVILLE |
| NORTHLAND INVESTMENT CORP. | : | JUNE 18, 2013 |

## NOTICE TO SUPERIOR COURT OF FILING
## OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to the provisions of 28 U.S.C. §§ 1331, 1332(a), 1441 and 1446, Defendant Northland Investment Corporation today filed a Notice of Removal of this action in the United States District Court for the District of Connecticut. A copy of said Notice is attached hereto as Exhibit A.

This Notice to Superior Court was filed and served pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted,

**NORTHLAND INVESTMENT CORPORATION**

/s/ Matthew K. Curtin
Matthew K. Curtin
LITTLER MENDELSON, P.C.
265 Church Street, Suite 300
New Haven, CT 06510
Telephone: 203.974.8700
Facsimile: 203.974.8799
mcurtin@littler.com
Firm Juris No. 426891
Defendant's Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2013, a copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Marc Mercier, Esq.
Beck & Eldergill
447 Center Street
Manchester, CT 06040

*Counsel for Plaintiff Pablo Hernando*

/s/ Matthew K. Curtin
Matthew K. Curtin

4.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of June, 2013, a copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Marc Mercier, Esq.
Beck & Eldergill
447 Center Street
Manchester, CT 06040

*Counsel for Plaintiff Pablo Hernando*

                                                /s/ Matthew K. Curtin
                                                Matthew K. Curtin (CT27765)