UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Pablo E. Hernando,** : | |
| : | |
| Plaintiff, : | Civil Action No.: 3:13-cv-00875-RNC |
| : | |
| v. : | |
| : | |
| **Northland Investment Corporation,** : | |
| : | |
| Defendant. : | |
| : | October 3, 2014 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and Local Rule 41(b) for the District of Connecticut, Plaintiff Pablo Hernando and Defendant Northland Investment Corporation, by agreement, hereby stipulate to the dismissal with prejudice of all of Plaintiff's claims and without an award of attorney's fee and costs to either party.

**PLAINTIFF**

By: /s/ _____
Marc P. Mercier
Fed. Bar No. ct10886
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT  06040
Tel: (860) 646-5606
Fax: (860) 646-0054         Email:
mmercier@beckeldergill.com

Respectfully submitted,

**NORTHLAND INVESTMENT CORPORATION**

/s/ Matthew K. Curtin
Patricia E. Reilly (CT08352)
preilly@littler.com
Matthew K. Curtin (CT27765)
mcurtin@littler.com
LITTLER MENDELSON, P.C.
265 Church Street, Suite 300
New Haven, CT  06510
Telephone: 203.974.8700
Facsimile: 203.974.8799
Defendant's Attorney